**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KHIKMATILLO NOSIROV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1036-J |
| | ) | |
| CHRIS GANTT, Warden, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner Khikmatillo Nosirov, a citizen of Uzbekstani, filed a Petition for Writ of Habeas Corpus (Petition) [Doc. No. 1] pursuant to 28 U.S.C. § 2241. The matter was referred to United States Magistrate Judge Chris M. Stephens consistent with 28 U.S.C. § 636(b)(1)(B),(C). Judge Stephens issued a Report and Recommendation recommending the Court grant in part the Petition by ordering Respondents to release Petitioner immediately, subject to an appropriate order of supervision. The parties were advised of their right to object to the Report and Recommendation, and no objection has been filed.

The Tenth Circuit has held that 8 U.S.C. § 1226(a) governs the detention of noncitizens like Petitioner who are found in the country. *See Santillan Quiroz v. Mullin*, No. 26-6019, 2026 WL 1876709 (10th Cir. 2026). Under this section, a noncitizen may only be arrested and detained "[o]n a warrant issued by the Attorney General." 8 U.S.C. § 1226(a). Petitioner asserts he was not arrested pursuant to a warrant, and Respondents have provided no warrant and have not substantively addressed Petitioner's claim that his arrest was unlawful because it was not performed pursuant to a warrant.

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 16] and GRANTS Petitioner's Petition for Writ of Habeas Corpus as follows: Respondents are ordered to

immediately release Petitioner from their custody, subject to an appropriate Order of Supervision. The Court further ORDERS Respondents to certify compliance by filing a status report within seven (7) business days of the date of this Order.

A separate judgment will enter.

IT IS SO ORDERED this 5th day of August, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE